570 A.2d 959

TOWNSHIP OF BERNARDS, ETC. v. STATE OF NEW
JERSEY, DEPARTMENT OF COMMUNITY
AFFAIRS, ET AL.

IN THE MATTER OF THE RULES PROMULGATED BY THE
NEW JERSEY COUNCIL OF AFFORDABLE
HOUSING N.J.A.C. 5:92–1.

October 17, 1989.

Cross-petition for certification denied. (See 233 *N.J.Super.* 1, 558 *A.*2d 1)

570 A.2d 960

PUBLIC SERVICE ELECTRIC & GAS CO., ET AL. v.
YOH SECURITY, INC., ET AL. AND COMMERCIAL
UNION INSURANCE CO.

October 17, 1989.

Petitions for certification denied.

570 A.2d 960

ANTHONY J. GENOVESE v. NEW JERSEY TRANSIT
RAIL OPERATIONS, INC.

October 17, 1989.

Petition for certification denied. (See 234 *N.J.Super.* 375, 560 *A.*2d 1272)